Benjamin R. Kobey, plaintiff in error, v. United National Clothiers et al., defendants in error. Gen. No. 33,253.

Opinion filed March 11, 1930. Rehearing denied March 24, 1930.

Isadore S. Blumenthal, for plaintiff in error. Frederick C. Harbour, for defendants in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Mary Reinhold, administratrix of the estate of George Reinhold, deceased, defendant in error, v. Maria K. Hallgren, plaintiff in error. Gen. No. 33,728.

Opinion filed March 11, 1930.

Thomas Marshall, for plaintiff in error; Burrell J. Cramer and G. D. Gray, of counsel. John A. Bloomingston, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

George D. Conner and William J. O'Connor, appellants, v. D. W. Propst, M. D., appellee. Gen. No. 33,759.

Opinion filed March 11, 1930. Rehearing denied March 24, 1930.

Sinon J. Walsh, for appellants. George S. Marks, for appellee; John A. Ulrich, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Noah Gross, plaintiff in error, v. The Cuneo Press, Inc., defendant in error. Gen. No. 33,768.

 Opinion filed March 11, 1930.

Earl J. Walker and Martin M. Gross, for plaintiff in error. Joseph H. Hinshaw, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.